UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY S. MARTIN, | ) |
| | ) CASE NO. C14-0519-RAJ-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION TO AMEND |
| ROBERT HERZOG, | ) |
| | ) |
| Respondent. | ) |
| | ) |

This is a federal habeas action proceeding under 28 U.S.C. § 2254. Currently pending before the Court is petitioner's motion to amend his petition to correct an error in a factual assertion. Respondent has indicated he does not oppose petitioner's request to amend his petition. The Court, having reviewed petitioner's motion, respondent's response thereto, and the balance of the record, hereby finds and ORDERS as follows:

(1) Petitioner's motion to amend his petition to correct an error in a factual assertion (Dkt. 12) is GRANTED. The factual assertion at issue was made in support of petitioner's first ground for relief and may be found in the last two sentences of the second paragraph on page 5C of the petition (*see* Dkt. 1 at 8). That paragraph is deemed amended as set forth by petitioner in

ORDER GRANTING PETITIONER'S
MOTION TO AMEND
PAGE -1

his motion to amend.  (Dkt. 12 at 1.)

(2) The Clerk is directed to send copies of this Order to petition and to counsel for respondent.

DATED this 18th day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO AMEND
PAGE -2