UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY SEAN MARTIN, | ) |
| | ) CASE NO. C14-0519-RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER DISMISSING FEDERAL |
| | ) HABEAS ACTION |
| ROBERT HERZOG, | ) |
| | ) |
| Respondent. | ) |

The court has reviewed petitioner's 28 U.S.C. § 2254 habeas petition, Respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, Petitioner's objection to the Report and Recommendation, and the remaining record. The court concurs fully in the recommendations of the Report and Recommendation. Petitioner's objection, which focuses almost entirely on his claim that his original counsel rendered ineffective assistance, does not compel a different outcome.

The Court adopts the Report and Recommendation (Dkt. # 16), DENIES Petitioner's objection (Dkt. # 18), DISMISSES this habeas petition with prejudice, and DECLINES to issue

//

//

//

ORDER DISMISSING FEDERAL
HABEAS ACTION
PAGE -1

a certificate of appealability. The clerk shall enter judgment for Respondent and ensure that Judge Theiler receives notice of this order.

DATED this 6th day of January, 2015

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION
PAGE -2